# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16 CR 92

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| CEDRIC MAURICE DAVIS, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** came before the undersigned pursuant to a Motion to Modify Conditions of Confinement (#30) filed by counsel for Defendant. In the motion, Defendant does not seek release on terms and conditions of presentence release. Instead, Defendant, without reference to any statute, rule, regulation, or case law support, requests that he be allowed to attend a 42-day inpatient drug treatment program at the Swain Recovery Center in Black Mountain, NC, and it appears from the motion, to be given credit for time spent in detention for that period. The undersigned will direct that Defendant provide a brief to the Court on or before April 6, 2017 setting forth any statute, rule, regulation or case law that supports Defendant's motion. The Government will then be allowed up to and including April 13, 2017 to respond to Defendant's motion and additional brief that has been ordered in this matter.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that Defendant provide a brief to the

Court on or before **April 6, 2017** in regard to the Motion to Modify Conditions of Confinement (#30) setting forth any statute, rule, regulation or case law that supports Defendant's motion. The Government will then be allowed up to and including **April 13, 2017** to respond to Defendant's motion and additional brief that has been ordered in this matter.

Signed: March 30, 2017

Dennis L. Howell
United States Magistrate Judge